UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL D. SMITH, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:22 CV 575 RWS |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

For the reasons stated in the Commissioner's motion to reverse and remand, and without objection from Plaintiff Crystal D. Smith,

**IT IS HEREBY ORDERED** that the Commissioner's motion to reverse and remand [17] is **GRANTED**, the decision of the Commissioner is **REVERSED** under sentence four of 42 U.S.C. § 405(g), and this case is **REMANDED** for further proceedings.

A separate Judgment is entered herewith.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of January 2023.